The People of the State of New York ex rel. Longken, Inc., Respondent, v. Joseph A. Dooley and Others, as the Board of Assessors of the City of Long Beach, Appellants. (Taxes for the Years 1932, 1933 — Block No. 102A, Section 3, City of Long Beach — 2 Actions.) The People of the State of New York ex rel. Longken, Inc., Respondent, v. Thomas A. Cook and Others, as the Board of Assessors of the City of Long Beach, Appellants. (Taxes for the Years 1934, 1935, 1936 — Block No. 102A, Section 3, City of Long Beach — 3 Actions.) The People of the State of New York ex rel. S. & S. Lyric, Inc., Respondent, v. Joseph A. Dooley and Others, as the Board of Assessors of the City of Long Beach, Appellants. (Taxes for the Years 1932, 1933, on Lots 31 to 45 and 66 to 70 — Block 220, Section 5, City of Long Beach — 2 Actions.) The People of the State of New York ex rel. S. & S. Lyric, Inc., Respondent, v. Thomas A. Cook and Others, as the Board of Assessors of the City of Long Beach, Appellants. (Taxes for the Year 1934 on Lots 31 to 45 and 66 to 70 — Block 220, Section 5, City of Long Beach — 1 Action.) The People of the State of New York ex rel. Guaranty Trust Company of New York, as Trustee, etc., of Elmer E. Smathers, Deceased, Respondent, v. Thomas A. Cook and Others, as the Board of Assessors of the City of Long Beach, Appellants. (Taxes for the Years 1935 and 1936 on Lots 18 to 20 and 21 to 25, Block 66, Section 1 — Block 40, Section 2, Lots 1 to 12 — Block 131, Section 3 — 2 Actions.) The People of the State of New York ex rel. S. & S. Lyric, Inc., and Charles B. Shaffer, Respondents, v. Thomas A. Cook and Others, as the Board of Assessors of the City of Long Beach, Appellants. (Taxes for the Year 1935 — Block 220, Section 5, Lots 31 to 45, 66 to 70 — 1 Action.) The People of the State of New York ex rel. Charles B. Shaffer, Respondent, v. Thomas A. Cook and Others, as the Board of Assessors of the City of Long Beach, Appellants. (Taxes for the

Year 1936 — Block 220, Section 5, Lots 31 to 45 and 66 to 70 — 1 Action.) — Appeal from orders in twelve separate certiorari proceedings reducing the assessments on the relators' properties in the city of Long Beach and directing that the assessments be corrected accordingly. Order in each proceeding unanimously affirmed, with a single allowance of fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell and Johnston, JJ.; Adel, J., not voting.